# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 17, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

161017(46)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

THOMAS HAAN, CONNIE HAAN, KRISTIN
BROOKS, and JILL RHODES,
      Plaintiffs/Counterdefendants-
      Appellees,
and

WILLIAM RHODES, CASEY ALLEN, LAURA
ALLEN, TRAVIS STEPHENSON, MARCIANN
STEPHENSON, KEVIN MARCY, and SUSAN
MARCY,
      Plaintiffs/Counterdefendants,

v

LAKE DOSTER LAKE ASSOCIATION,
      Defendant/Counterplaintiff-
      Appellant.
_____/

SC: 161017
COA: 345282
Allegan CC: 17-057955-CH

      On order of the Chief Justice, the stipulated motion of the parties to extend the time period for plaintiffs/counterdefendants-appellees to file their answer is GRANTED. The answer will be accepted as timely filed if submitted on or before April 24, 2020.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 17, 2020



Clerk